United States Bankruptcy Court
Southern District of Florida

In re: Case No. 26-15109-RAM
Ricardo Antonio Perez, Jr Chapter 13
Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 29, 2026 | Form ID: CGFD26 | Total Noticed: 71 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ricardo Antonio Perez, Jr, 8961 Sw 5th Ln, Miami, FL 33174-2334 |
| 98589650 | | Banfield - IC System, Po Box 64444, Saint Paul, MN 55164-0444 |
| 98589652 | | Big Pictures Loans, E23970 Pow Wow Trl, Watersmeet, MI 49969 |
| 98589659 | | Check N Go, Check n Go, Attn: Bankrupcty P.O. Box 3, Cincinnati, OH 45236-0454 |
| 98589670 | | Geico - Resurgent, Po Box 10497, Greenville, SC 29603-0497 |
| 98589673 | + | Hialeah Municipal Empl, 240 East 1st Avenue, Hialeah, FL 33010-4963 |
| 98589697 | | SunPass, Po Box 447, Ocoee, FL 34761-0447 |
| 98589700 | | Three Sticks, Po Box 1145, Mission, SD 57555-1145 |
| 98589701 | + | Three Sticks, 2500 W Higgins Rd 950, Hoffman Estates, IL 60169-2085 |
| 98589703 | | Tilt Lending/Finwise, 725 Canton St, Norwood, MA 02062-2609 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: BNC_Notices@floridarevenue.com | Sep 30 2026 01:25:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallhassee, FL 32314-6668 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Sep 30 2026 01:23:57 | Verizon by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 98589648 | | Email/Text: bankruptcynotices@amscotfinancial.com | Sep 30 2026 01:25:00 | Amscot, 600 N. Westshore Blvd., Suite 1200, Tampa, FL 33609 |
| 98589649 | + | Email/Text: bk@avant.com | Sep 30 2026 01:29:00 | Avant/WebBank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 98589653 | + | Email/Text: bankruptcy@bmgmoney.com | Sep 30 2026 01:29:00 | BMG Money, Attn: Bankruptcy, 444 Brickell Avenue Suite 250, Miami, FL 33131-2404 |
| 98605420 | | Email/Text: bnc@finbounce.com | Sep 30 2026 01:27:00 | Bounce AI, Inc, 333 Metro Park, Suite S-205, Rochester, NY 14623 |
| 98589654 | | Email/Text: bnc@finbounce.com | Sep 30 2026 01:27:00 | Bounce Ai,, 2850 Clover Street, Pittsford, NY 14534 |
| 98589651 | | Email/Text: bankruptcies@banfield.net | Sep 30 2026 01:29:00 | Banfield Pet Hospital, 18101 Se 6th Way, Vancouver, WA 98683-7509 |
| 98735459 | + | Email/Text: bkattorneynotices@gmail.com | Sep 30 2026 01:26:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 98589660 | | Email/Text: cfcbackoffice@contfinco.com | Sep 30 2026 01:27:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 98589661 | | Email/Text: cfcbackoffice@contfinco.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 30 2026 01:27:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 98589655 | + | Email/Text: bankruptcy@ccbank.com | Sep 30 2026 01:29:00 | Capital Community Bank/Tls/Fl, Attn: Bankruptcy, 1909 W. State Street, Pleasant Grove, UT 84062-4040 |
| 98589656 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 30 2026 01:24:09 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 98589657 | | Email/Text: bankruptcy@cavps.com | Sep 30 2026 01:29:00 | Cavalry SPV I, LLC, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 98589658 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 30 2026 01:23:44 | Chase, Po Box 182223, Columbus, OH 43218-2223 |
| 98626522 | | Email/Text: bankruptcy@axcess-financial.com | Sep 30 2026 01:26:00 | Check N Go, Check n Go, Attn: Bankruptcy, P.O. Box 36454, Cincinnati, OH 45236-0454 |
| 98589662 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 30 2026 01:29:00 | Credit Collection Services, for Infinity Auto Insurance, 725 Canton St, Norwood, MA 02062-2609 |
| 98589664 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 30 2026 01:23:48 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 98589665 | + | Email/Text: bankruptcynotices@current.com | Sep 30 2026 01:27:00 | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 98626523 | ^ | MEBN | Sep 30 2026 01:15:49 | Customer Care Global, 2500 W Higgins Rd Ste 950, Hoffman Estates, IL 60169-2085 |
| 98589666 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2026 01:24:03 | Cws/cw Nexus, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 98589667 | ^ | MEBN | Sep 30 2026 01:11:03 | Dsrm Nat Bank/Valero, Attn: Bankruptcy, PO Box 631, Amarillo, TX 79105-0631 |
| 98589668 | | Email/Text: BNSFS@capitalsvcs.com | Sep 30 2026 01:26:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 98735460 | + | Email/Text: opportunitynotices@gmail.com | Sep 30 2026 01:29:00 | FinWise Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 98589669 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 30 2026 01:24:15 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 98589671 | + | Email/Text: argbsref@geico.com | Sep 30 2026 01:27:00 | Geico General Insurance Co., Geico Plaza, Washington, DC 20076-0001 |
| 98589672 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 30 2026 01:29:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 98589674 | | Email/Text: clientsupport-us-stl@indebted.co | Sep 30 2026 01:28:00 | Indebted, 1551 Emancipation Hwy # 1511, Fredericksburg, VA 22401-4683 |
| 98658969 | + | Email/Text: gbechakas@outlook.com | Sep 30 2026 01:27:00 | Intercoastal Financial Llc, 7954 Transit RD #136X, Williamsville, NY 14221-4117 |
| 98589675 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 30 2026 01:27:00 | Internal Revenue Service, Centralized Insolvency Operations, Po Box 7346, Philadelphia, PA 19101-7346 |
| 98589676 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 30 2026 01:29:00 | Jefferson Capital Systems, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 98589678 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 30 2026 01:24:28 | JP Morgan Chase Bank, NA, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 98589677 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 30 2026 01:29:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 98589679 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2026 01:24:15 | LVNV Funding LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 98612174 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | |
|---|---|---|---|
| | | Sep 30 2026 01:23:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 98589680 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2026 01:23:57 | Lvnv Funding Llc/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 98856123 | Email/Text: ebn@mag-llc.com | Sep 30 2026 01:27:00 | MONTEREY FINANCIAL SERVICES LLC, C/O MERCHANTS CREDIT SOLUTIONS, PO BOX 3664, TUSTIN, CA 92781-3664 |
| 98629366 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2026 01:24:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 98589685 | Email/Text: ml-ebn@missionlane.com | Sep 30 2026 01:25:00 | Mission Lane Llc, Po Box 105286, Atlanta, GA 30348 |
| 98626524 | ^ MEBN | Sep 30 2026 01:14:02 | Max Lend, PO Box 760, Parshall, ND 58770-0703 |
| 98589683 | Email/Text: bankruptcydpt@mcmcg.com | Sep 30 2026 01:28:00 | Midland Credit Management, Inc., 350 Camino De La Reina Ste 100, San Diego, CA 92108-3007 |
| 98589684 | Email/Text: bankruptcydpt@mcmcg.com | Sep 30 2026 01:28:00 | Midland Funding LLC, 350 Camino De La Reina Ste 300, San Diego, CA 92108-3007 |
| 98589686 | + Email/Text: bankruptcy@moneykey.com | Sep 30 2026 01:26:00 | Moneykeyps, 200 Continental Drive, Newark, DE 19713-4334 |
| 98589687 | + Email/Text: bankruptcynotification@montereyfinancial.com | Sep 30 2026 01:26:00 | Monterey Financial Service, Attn: Bankruptcy, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 98722526 | + Email/Text: ecfbankruptcy@progleasing.com | Sep 30 2026 01:29:00 | NPRTO Florida, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 98589688 | + Email/Text: netcreditbnc@enova.com | Sep 30 2026 01:29:00 | Netcredit/rb, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 98673147 | + Email/PDF: cbp@omf.com | Sep 30 2026 01:24:22 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 98589689 | + Email/Text: opportunitynotices@gmail.com | Sep 30 2026 01:29:00 | Opploans, OppLoans, Attn: Bankruptcy P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 98589690 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2026 01:24:14 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 98589691 | Email/Text: bankruptcy@possiblefinance.com | Sep 30 2026 01:26:00 | Possible Finance, Po Box 98686, Las Vegas, NV 89193-8686 |
| 98589692 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 30 2026 01:26:00 | Progressive Insurance Co., 6300 Wilson Mills Rd., Mayfield Village, OH 44143-2182 |
| 98667315 | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2026 01:28:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 98589693 | + Email/Text: newbk@Regions.com | Sep 30 2026 01:29:00 | Regions Bank, Attn: Bankruptcy, 2050 Parkway Office Circle, Hoover, AL 35244-1805 |
| 98589694 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2026 01:23:57 | Resurgent Acquisitions LLC, Po Box 10497 Mail Stop 576, Greenville, SC 29603-0497 |
| 98589696 | + Email/PDF: cbp@omf.com | Sep 30 2026 01:23:31 | Springleaf Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 98589698 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2026 01:24:26 | Synchrony Bank, 170 W Election Rd, Draper, UT 84020-6425 |
| 98589699 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2026 01:23:35 | Synchrony Bank/BRMart, Po Box 965060, Orlando, FL 32896-5060 |
| 98589702 | + Email/Text: operations@tilt.com | Sep 30 2026 01:28:00 | Tilt, Attn: Bankruptcy, 9169 W State St., PMB 499, Garden City, ID 83714-1733 |
| 98646901 | + Email/Text: bankruptcy@bbandt.com | Sep 30 2026 01:27:00 | Truist Bank, Attn: Support Services, P.O. Box |

| | | | | |
|---|---|---|---|---|
| | | | | 85092, Richmond, VA 23286-0001 |
| 98702395 | | Email/PDF: ebn_ais@aisinfo.com | Sep 30 2026 01:24:39 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 98589704 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Sep 30 2026 01:24:11 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 61

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 98626521 | *+ | BMG Money, Attn: Bankruptcy, 444 Brickell Avenue Suite 250, Miami, FL 33131-2404 |
| 98697717 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 98589681 | *+ | Lvnv Funding Llc/Resurgent Capital, PO Box 1269, Greenville, SC 29602-1269 |
| 98589682 | *+ | Lvnv Funding Llc/Resurgent Capital, PO Box 1269, Greenville, SC 29602-1269 |
| 98626525 | *+ | Opploans, OppLoans, Attn: Bankruptcy, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 98589695 | * | Ricardo Antonio Perez, Jr, 8961 Sw 5th Ln, Miami, FL 33174-2334 |
| 98626526 | * | SunPass, Po Box 447, Ocoee, FL 34761-0447 |
| 98589663 | ##+ | Credit Express Group, Llc, Attn: Bankruptcy, 1886 Tyler St, Hollywood, FL 33020-4634 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| American InfoSource (Oneal) | on behalf of Creditor Verizon by AIS InfoSource LP as agent joneal@americaninfosource.com |
| Jordan E. Bublick, Esq. | on behalf of Debtor Ricardo Antonio Perez Jr ecf@bublicklaw.com, JordanEBublickPA@jubileebk.net,jbublick11@gmail.com |
| Nancy K. Neidich | e2c8f01@ch13miami.com ecf2@ch13miami.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 4

CGFD26 (6/01/2026)

**ORDERED in the Southern District of Florida on September 29, 2026**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 26–15109–RAM**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Ricardo Antonio Perez Jr
aka Ricardo Antonio Perez, aka Ricardo A. Perez, aka Ricardo Perez
8961 Sw 5th Ln
Miami, FL 33174–2334

SSN: xxx–xx–2218

**ORDER CONFIRMING CHAPTER 13 PLAN**

This case came before the court on 9/15/2026 for confirmation of the debtor's First Amended chapter 13 plan. Based on the record, including the Debtor "Certificate of Compliance and Request for Confirmation of Chapter 13 Plan" it is

**ORDERED** as follows:

1. The debtor's chapter 13 plan complies with the provisions of 11 U.S.C. § 1325 and, if applicable, § 521 and 1308, and is, therefore, confirmed.

2. Any claim entitled to priority under 11 U.S.C. § 507 must be paid in full, in periodic installments, in the order of priority prescribed by the Bankruptcy Code over the period of the plan as required by 11 U.S.C. § 1322(a)(2), with postpetition interest as required by 11 U.S.C. § 506(b) payable on the secured portion of the claim.

[1] All references to "debtor" includes both debtors in a joint case.

3. The debtor's first monthly payment to the trustee under the plan was required to commence not later than 30 days following April 23, 2026, the date the petition was filed, or within 30 days from the date of conversion to chapter 13. The trustee must begin disbursement to creditors under the Plan as soon as practicable upon entry of this order.

4. If the plan does not provide for payments to a secured creditor, the plan provides for surrender of the property secured by the secured creditor's claim or the plan provides for direct payment of the secured creditor's claim outside of the plan, that secured creditor is granted in rem stay relief as to the debtor and in rem stay relief from the co–debtor stay to pursue available state court remedies against any property of the debtor that secures the creditor's claim. The filing of a motion to modify a plan does not operate as a stay of any action against property of the debtor that is not subject to the automatic stay absent further court order.

5. Any executory contract or unexpired lease of the debtor that has not been assumed pursuant to court order before entry of this order, or that is not assumed under the plan confirmed by this order, is rejected upon entry of this order. Any proof of claim for damages arising from the rejection must be filed no later than the latest to occur of: (1) the time to file a proof of claim under Bankruptcy Rule 3002(c) or (2) 28 days after entry of this order.

6. The following provisions apply if the confirmed plan provides for payment to one or more holders of tax certificates on property of the debtor:

    A. To ensure that the records of the county tax collector credit amounts received by certificate holders, upon receipt of information under paragraph B, the tax collector is ordered to adjust the county tax records and reduce both the amount owed on tax certificates and the amount of the tax lien to reflect payments made by the chapter 13 trustee to certificate holders under the confirmed plan.

    B. The tax collector must be served with any order entered post–confirmation that (a) dismisses or converts this case; (b) grants stay relief to the holder of a secured claim on the property subject to the tax certificates; (c) approves a sale or refinancing of the property subject to the tax certificates; (d) modifies the plan to eliminate further payments to one or more certificate holders; or (e) discharges the debtor upon completion of the plan. Upon receipt of any such order, the tax collector must request a ledger from the chapter 13 trustee reflecting the amounts paid to certificate holders under the confirmed plan, or obtain the ledger information by accessing the chapter 13 trustee's website.

    C. During the period in which the certificate holders are receiving payments under the confirmed plan, unless otherwise ordered, the tax collector is enjoined from accepting a redemption payment for any certificate that is included in the plan. This injunction will dissolve without further court order if (a) one of the orders listed in paragraph B is entered; and (b) the county has complied with the requirements in paragraph A by reducing both the amount owed on any certificate paid or partially paid under the plan and the amount of the tax lien by the amount paid to the certificate holder as reflected in the chapter 13 trustee's ledger.

7. Under Local Rule 1017–1(c)(2), if the debtor fails to timely make any payment to the trustee under the confirmed plan, the trustee may serve a notice of delinquency on the debtor and the debtor's attorney. The debtor may cure any delinquency by making all past–due payments due under the plan within 45 days after service of a notice of delinquency (including making any payments that become due within the 45–day period). The case may be dismissed without further notice or hearing upon the trustee filing a report of noncompliance based on the debtor's failure to cure a delinquency and remain current on the plan by the 45th day after service of the notice of delinquency.

8. Any nonstandard provisions not set forth in section IX of the plan are void.

9. The debtor must promptly disclose to the trustee all material changes in the Debtor's financial circumstances, including, but not limited to, inheritances, personal injury settlements, new or additional employment, loss of employment, or reduction in or increase of income.

The clerk is directed to serve a copy of this order on all parties of record.

*# # #*